Donald R. Taylor
Taylor, Dunham and Burgess, L.L.P.
301 Congress Avenue, Suite 1050
Austin, Texas 78701
(512) 473-2257

**FILED**
2008 FEB -8 P 3:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FINLEY,

  Plaintiff(s),

v.

PULCRANO, ET AL.,

  Defendant(s).

CASE NO. C 08-00248-PVT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Donald R. Taylor, an active member in good standing of the bar of US District Court, Western District of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Johnathan Brant Finley in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gary R. Gleason, Farbstein & Blackman, 411 Borel Avenue, Suite 425, San Mateo, California 94402; (650) 554-6200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/5/08