COPY

RECEIVED

2008 FEB -8  PM 3: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES  DISTRICT COURT

## Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

|  |  |
|---|---|
| FINLEY | **CASE NO.  C 08-00248-PVT** |
| | |
| Plaintiff(s), | (Proposed) |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| | ***PRO HAC VICE*** |
| PULCRANO ET AL., | FILED |
| | |
| Defendant(s). | FEB 1 1 2008 |
| / | CLERK U.S. DISTRICT COURT NORTHERN DIST. OF CALIFORNIA |

Donald R. Taylor                                    , an active member in good standing of the bar of

US District Court, Western District of Texas          whose business address and telephone number

(particular court to which applicant is admitted)

is

Taylor, Dunham and Burgess, L.L.P., 301 Congress Avenue, Suite 1050, Austin, Texas 78701
(512) 473-2257

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Johnathan Brant Finley.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 2/11/08

*Patricia V. Trumbull*

United States Magistrate  Judge

Patricia V. Trumbull