GARY R. GLEASON (SB# 136167)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

MIGUEL S. RODRIGUEZ (Texas SB# 24007938)
DONALD R. TAYLOR (Texas SB# 19688800)
TAYLOR, DUNHAM & BURGESS LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Tel: 512-473-2257; Fax: 512-478-4409
*Of Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHNATHAN BRANT FINLEY,           ) | CASE NO. C 08-00248 PVT |
|       Plaintiff,           ) | |
|                            ) | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs.                                ) | |
| DAN PULCRANO and BOULEVARDS       ) | |
| NEW MEDIA,                         ) | |
|       Defendants.         ) | |

PLEASE TAKE NOTICE THAT the law firm of TAYLOR, DUNHAM & BURGESS LLP, attorneys for Plaintiff JOHNATHAN BRANT FINLEY, hereby associate the law firm of FARBSTEIN & BLACKMAN, located at 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518, as attorneys of record for Plaintiff JOHNATHAN BRANT FINLEY.

///

///

NOTICE OF ASSOCIATION OF COUNSEL

1 | All pleadings, discovery, responses, correspondence, and other matters should be additionally served upon such counsel and such counsel is to be added to the service list.

DATED: February 19, 2008          TAYLOR, DUNHAM & BURGESS LLP


By: _____/s/ by permission_____
    Miguel S. Rodriguez
    Attorneys for Plaintiffs


I agree to the above association.

DATED: February 20, 2008          FARBSTEIN & BLACKMAN
                                  A Professional Corporation


By:_____/s/_____
    Gary R. Gleason
    Attorneys for Plaintiffs

2
NOTICE OF ASSOCIATION OF COUNSEL