IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY<br>Plaintiff, | § § § | |
| v. | § § | CAUSE NO. C 08-00248 PVT |
| DAN PULCRANO and<br>BOULEVARDS NEW MEDIA, INC.<br>Defendants. | § § § § | ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/15/08

_____
Plaintiff Jonathan Brant Finley

Dated: 4/15/08

_____
Miguel S. Rodriguez
*Pro Hac Vice*

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5(b) of Discussion of ADR Options."