UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/6/08

Court Reporter: FTR    Clerk: Corinne Lew

Case No:C 08-00248 PVT    Case Title: Finley v. Pulcrano, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Gary Gleason<br>Miguel S. Rodriguez | George Dowell<br>Christopher Schumb |

PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery

[ ] Settlement    [ ] Final

[ ] Other    **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted    [ ] Submitted    [ ] Settled

[ ] Denied    [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part    [ ] Off Calendar

[ X ] Jury Trial 2/9/09 at 9:30 a.m.; Pretrial Conference 1/20/09 at 2:00 p.m.; Counsel will let court know by 5/16/08 which ADR Process they have selected.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion