1
2
3
4      FILED

5      MAY 0 6 2008

6      RICH...
       CLERK, U.S. DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
       SAN JOSE

6      UNITED STATES DISTRICT COURT

7      NORTHERN DISTRICT OF CALIFORNIA

8      Finley
9                                          No. C  08-248PVT
10         Plaintiff(s),
                                           **CONSENT TO PROCEED BEFORE A**
11         v.                              **UNITED STATES MAGISTRATE JUDGE**

12     Pulcrano
13         Defendant(s).
                                    /
14     _____

15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17     hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18     proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19     judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21     Dated: 5/6/08

22                                         Signature
23                                         Counsel for  Defendant  (Pulcrano)
                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28