UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY, | ) | Case No.: C 08-0248 PVT |
| Plaintiff, | ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | **ORDER** |
| v. | ) | |
| DAN PULCRANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 6, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 29, 2008.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that, no later than May 16, 2008, the parties shall submit either a stipulation, or else their respective proposals, regarding referral of this matter to mediation and the

ORDER, *page 1*

1  deadline for completing the mediation.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Opening Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/17/08

4      Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/31/08

5      Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/31/08

6      Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/14/08

7      Deadline(s) for Filing Discovery Motions.. . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

8      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 12/2/08

9      Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 1/20/09

10     Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m on 2/9/09

11     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil

12 Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 1/5/06),

13 a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the

14 Joint Pretrial Statement, and all other pretrial submissions.

15 Dated: *5/9/08*

16                                                  *Patricia V. Trumbull*
                                                   PATRICIA V. TRUMBULL
17                                                 United States Magistrate Judge

18

19

20

21

22

23

24

25 _____

26     [1]    This is the last date for *hearing* dispositive motions.  Any such motions must be noticed
   in compliance with Civil Local Rule 7-2(a).

27     [2]    A copy of Judge Trumbull's standing order is also available on the court's website at
   www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then
28 on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge
   Trumbull's General Order for all purposes (01/5/06)."