# WILLOUGHBY, STUART & BENING

A PROFESSIONAL LAW CORPORATION

FAIRMONT PLAZA
50 WEST SAN FERNANDO, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 289-1972

GWD@wsblaw.net

FACSIMILE (408) 295-6375

May 16, 2008

The Honorable Patricia V. Trumbull
United States District Court- Northern
280 S. First Street, Dept. 5
San Jose, CA 95113

    RE:    <u>Finley v. Pulcrano, et al.</u>
            Our File: 1806.10811B

Dear Judge:

      The parties have attempted to meet and confer about selecting a Mediator. Defendants initiated discussion regarding Alternative Dispute Resolution and plaintiff has yet to respond despite assuring that they would do so as requested by the court. ( See Exhibits 1 and 2) The parties in light of this unforeseen delay respectfully request an additional week to inform the court of their decision regarding Alternative Dispute Resolution.

      Very truly yours,

      WILLOUGHBY, STUART & BENING

      Dictated but not read to avoid delay.

      George W. Dowell

GWD:dal
<u>Enclosure</u>

Case 5:08-cv-00248-PVT    Document 18    Filed 05/16/2008    Page 2 of 5

EXHIBIT 1

# George Dowell

**From:** George Dowell
**Sent:** Tuesday, May 13, 2008 2:56 PM
**To:** 'Miguel Rodriguez'
**Cc:** Brad Bening; 'schumblaw@yahoo.com'
**Subject:** Finley v. Pulcrano Mediation

Miguel,

In order to move the mediation selection along I am providing you with the information of two mediators that we believe would be effective in resolving this matter.

1) Hon. Len Sprinkles, Ret. with Mediation Masters.  http://www.mediationmasters.com/sprinkles.htm
2) Hon. John Flaherty, Ret. with JAMS. http://www.jamsadr.com/Neutrals/Bio.asp?NeutralID=1633

Let us know which of these candidates would be preferable to you, or please offer the name of any other neutral that would like for us consider.  At this time we would strongly prefer to pursue a private mediation.

Once we have decided on a mediator, we can address the timeframe we would like to pursue in having the mediation take place.

George

George W. Dowell, Esq.
Willoughby, Stuart & Bening Inc.
50 W. San Fernando Street
Suite 400
San Jose, CA 95113
Tel: 408.289.1972
Fax: 408.295.6375

EXHIBIT 2

# George Dowell

| | |
|---|---|
| **From:** | Miguel Rodriguez [mrodriguez@taylordunham.com] |
| **Sent:** | Tuesday, May 13, 2008 3:06 PM |
| **To:** | George Dowell |
| **Cc:** | Brad Bening; schumblaw@yahoo.com |
| **Subject:** | RE: Finley v. Pulcrano Mediation |

I'll get back to you tomorrow or Thursday on these mediators

Also, I have my signature and my client's signature on the confidentiality agreement. Please let me know when your and your clients' signatures are ready too and we can exchange.

Miguel

**From:** George Dowell [mailto:gwd@wsblaw.net]
**Sent:** Tuesday, May 13, 2008 4:56 PM
**To:** Miguel Rodriguez
**Cc:** Brad Bening; schumblaw@yahoo.com
**Subject:** Finley v. Pulcrano Mediation

Miguel,

In order to move the mediation selection along I am providing you with the information of two mediators that we believe would be effective in resolving this matter.

1) Hon. Len Sprinkles, Ret. with Mediation Masters.  http://www.mediationmasters.com/sprinkles.htm
2) Hon. John Flaherty, Ret. with JAMS.  http://www.jamsadr.com/Neutrals/Bio.asp?NeutralID=1633

Let us know which of these candidates would be preferable to you, or please offer the name of any other neutral that would like for us consider. At this time we would strongly prefer to pursue a private mediation.

Once we have decided on a mediator, we can address the timeframe we would like to pursue in having the mediation take place.

George

George W. Dowell, Esq.
Willoughby, Stuart & Bening Inc.
50 W. San Fernando Street
Suite 400
San Jose, CA 95113
Tel: 408.289.1972
Fax: 408.295.6375