

TAYLOR DUNHAM
AND BURGESS LLP
ATTORNEYS

May 19, 2008

**VIA ELECTRONIC FILING**
The Honorable Patricia V. Trumbull
United States District Court for the
Northern District of California,
San Jose Division
280 S. First Street, Dept. 5
San Jose, California 95113

      Re:    Cause No. C 08-00248-PVT; *Johnathan Brant Finley v. Dan Pulcrano and Boulevards New Media, Inc.*; In the United States District Court for the Northern District of California, San Jose Division.

Dear Judge Trumbull:

    The parties are in agreement on the use of a private mediator. The parties have also exchanged the names of three private mediators and hope to expect to reach agreement on one very soon.

    Plaintiff joins in the Defendants' request for a brief extension.

        Yours truly,

        Miguel S. Rodriguez

MSR/ac

cc:    Bradley A. Bening (via facsimile)
       Christopher E. Schumb (via facsimile)