GARY R. GLEASON (SB# 136167)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

MIGUEL S. RODRIGUEZ (Texas SB# 24007938)
DONALD R. TAYLOR (Texas SB# 19688800)
TAYLOR, DUNHAM & BURGESS LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Tel: 512-473-2257; Fax: 512-478-4409
*Of Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

Bradley A. Bening (SB# 104221)
George W. Dowell (SB# 234759)
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Tel: 408-289-1972; Fax: 408-295-6375
*Counsel for Defendant*
DAN PULCRANO

Christopher E. Schumb (SB# 116828)
LAW OFFICE OF CHRISTOPHER E. SCHUMB
10 Almaden Blvd., Suite 1250
San Jose, California 95113
Tel: 408-271-3245; Fax: 408-289-1509
*Counsel for Defendant*
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CAUSE NO. C 08-00248 PVT |
| DAN PULCRANO and<br>BOULEVARDS NEW MEDIA, INC.<br>Defendants. | §<br>§<br>§<br>§ | JOINT STIPULATION FOR<br>EXTENSION OF TIME |

      COME NOW Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc. and file their joint stipulation for extension of time to submit a proposal regarding referral of this matter to mediation and the deadline for completing the mediation.  The parties have conferred regarding Alternative Dispute Resolution and have agreed to the use of a private mediator.  The parties have also exchanged the names of three private mediators and are in the process of reaching an agreement on a mediator.

      WHEREFORE, the parties respectfully request a brief extension to inform the court of their decision regarding Alternative Dispute Resolution.

DATED: 5/22/08

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: 5/20/05

WILLOUGHBY, STUART & BENING, INC.

By: _____
BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: 5-22-08

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY §<br>         Plaintiff, §<br> §<br>v. §<br> §<br>DAN PULCRANO and §<br>BOULEVARDS NEW MEDIA, INC. §<br>         Defendants. §<br>_____§ | | CAUSE NO. C 08-00248 PVT<br><br>ORDER GRANTING<br>JOINT STIPULATION FOR<br>EXTENSION OF TIME |

After considering Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc.'s Joint Stipulation for Extension of Time to submit a proposal regarding referral of this matter to mediation and the deadline for completing the mediation, the Court is of the opinion that the Joint Stipulation should be in all things GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that the Parties shall inform the court of their decision regarding Alternative Dispute Resolution no later than Friday, May 23, 2008.

SIGNED this _____ day of _____, 2008.


_____
**PATRICIA V. TRUMBULL**
**UNITED STATES MAGISTRATE JUDGE**

APPROVED AS TO FORM AND CONTENT:

DATED: 5/22/2008

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: 5/20/2008

WILLOUGHBY, STUART & BENING, INC.

By: _____
GEORGE W. DOWELL
Attorney for Defendant
DAN PULCRANO

DATED: _____

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
CHRISTOPHER E. SCHUMB
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.