GARY R. GLEASON (SB# 136167)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

MIGUEL S. RODRIGUEZ (Texas SB# 24007938)
DONALD R. TAYLOR (Texas SB# 19688800)
TAYLOR, DUNHAM & BURGESS LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Tel: 512-473-2257; Fax: 512-478-4409
*Of Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

Bradley A. Bening (SB# 104221)
George W. Dowell (SB# 234759)
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Tel: 408-289-1972; Fax: 408-295-6375
*Counsel for Defendant*
DAN PULCRANO

Christopher E. Schumb (SB# 116828)
LAW OFFICE OF CHRISTOPHER E. SCHUMB
10 Almaden Blvd., Suite 1250
San Jose, California 95113
Tel: 408-271-3245; Fax: 408-289-1509
*Counsel for Defendant*
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY<br>     Plaintiff,<br><br>v.<br><br>DAN PULCRANO and<br>BOULEVARDS NEW MEDIA, INC.<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. C 08-00248 PVT<br><br>JOINT STIPULATION ON<br>ALTERNATIVE DISPUTE<br>RESOLUTION |

COME NOW Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc. and file their joint stipulation regarding referral of this matter to mediation and the deadline for completing the mediation. The parties have conferred regarding Alternative Dispute Resolution and have agreed to the use of a private mediator. The parties have agreed to mediate the case with David J. Meadows of the Law Offices of David J. Meadows, 679 Arimo Avenue, Oakland, California 94610. The parties anticipate mediating the case by a mutually agreeable date no later than September 30, 2008

WHEREFORE, the parties respectfully request that this case be ordered to mediation with David J. Meadows of the Law Offices of David J. Meadows by a mutually agreeable date no later than September 30, 2008.

DATED: 5/23/08

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: 5/23/08

WILLOUGHBY, STUART & BENING, INC.

By: _____
BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: _____

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.

DATED: _____

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: _____

WILLOUGHBY, STUART & BENING, INC.

By: _____
BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: 5-23-08

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY<br>　　　　Plaintiff,<br><br>v.<br><br>DAN PULCRANO and<br>BOULEVARDS NEW MEDIA, INC.<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. C 08-00248 PVT<br><br>ORDER GRANTING<br>JOINT STIPULATION ON<br>ALTERNATIVE DISPUTE<br>RESOLUTION |

After considering Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc.'s Joint Stipulation on Alternative Dispute Resolution, the Court is of the opinion that the Joint Stipulation should be in all things GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that this case is ordered to mediation and the parties shall mediate this case with David J. Meadows of the Law Offices of David J. Meadows by a mutually agreeable date no later than September 30, 2008.

SIGNED this _____ day of _____, 2008.

_____
**PATRICIA V. TRUMBULL**
**UNITED STATES MAGISTRATE JUDGE**

APPROVED AS TO FORM AND CONTENT:

DATED: 5/23/08

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

TAYLOR, DUNHAM AND BURGESS, L.L.P.

DATED: 5/23/08

WILLOUGHBY, STUART & BENING, INC.

By: _____
BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: _____

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.

APPROVED AS TO FORM AND CONTENT:

DATED: _____

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: _____

WILLOUGHBY, STUART & BENING, INC.

By: _____
BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: 5-23-08

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.