IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY §<br>Plaintiff, §<br>§<br>v. §<br>§<br>DAN PULCRANO and §<br>BOULEVARDS NEW MEDIA, INC. §<br>Defendants. §<br>_____§ | | CAUSE NO. C 08-00248 PVT<br><br>ORDER GRANTING<br>JOINT STIPULATION FOR<br>EXTENSION OF TIME |

After considering Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc.'s Joint Stipulation for Extension of Time to submit a proposal regarding referral of this matter to mediation and the deadline for completing the mediation, the Court is of the opinion that the Joint Stipulation should be in all things GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that the Parties shall inform the court of their decision regarding Alternative Dispute Resolution no later than Friday, May 23, 2008.

SIGNED this __28__ day of __May_____, 2008.


_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE