IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHNATHAN BRANT FINLEY §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>DAN PULCRANO and §<br>BOULEVARDS NEW MEDIA, INC. §<br>    Defendants. §<br>§ | CAUSE NO. C 08-00248 PVT<br><br>ORDER GRANTING<br>JOINT STIPULATION ON<br>ALTERNATIVE DISPUTE<br>RESOLUTION |

After considering Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc.'s Joint Stipulation on Alternative Dispute Resolution, the Court is of the opinion that the Joint Stipulation should be in all things GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that this case is ordered to mediation and the parties shall mediate this case with David J. Meadows of the Law Offices of David J. Meadows by a mutually agreeable date no later than September 30, 2008.

SIGNED this __28__ day of __May_____, 2008.

_____
**PATRICIA V. TRUMBULL**
**UNITED STATES MAGISTRATE JUDGE**