Clerk's Use Only

Initial for fee pd.:

Miguel S. Rodriguez
Taylor, Dunham and Burgess, L.L.P.
301 Congress Avenue, Suite 1050
Austin, Texas 78701
(512) 473-2257

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

AUG 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FINLEY,

Plaintiff(s),

v.

PULCRANO, ET AL.,

Defendant(s).

CASE NO. C-08-00248-PVT

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Jennifer A. Tatum , an active member in good standing of the bar of US District Court, Western District of Texas , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Johnathan Brant Finley in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary R. Gleason, Farbstein & Blackman, 411 Borel Avenue, Suite 425, San Mateo, California 94402; (650) 554-6200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/7/08