UNITED STATES DISTRICT COURT

Northern District of California

**RECEIVED**
AUG 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FINLEY

Plaintiff(s),

v.

PULCRANO ET AL.,

Defendant(s).

CASE NO. C 08-00248-PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jennifer A. Tatum, an active member in good standing of the bar of US District Court, Western District of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Taylor, Dunham and Burgess, L.L.P., 301 Congress Avenue, Suite 1050, Austin, Texas 78701
(512) 473-2257

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Johnathan Brant Finley.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States Magistrate Judge
Patricia V. Trumbull