GARY R. GLEASON (SB# 136167)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

MIGUEL S. RODRIGUEZ (Texas SB# 24007938)
DONALD R. TAYLOR (Texas SB# 19688800)
TAYLOR, DUNHAM & BURGESS LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Tel: 512-473-2257; Fax: 512-478-4409
*Of Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

Bradley A. Bening (SB# 104221)
George W. Dowell (SB# 234759)
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Tel: 408-289-1972; Fax: 408-295-6375
*Counsel for Defendant*
DAN PULCRANO

Christopher E. Schumb (SB# 116828)
LAW OFFICE OF CHRISTOPHER E. SCHUMB
10 Almaden Blvd., Suite 1250
San Jose, California 95113
Tel: 408-271-3245; Fax: 408-289-1509
*Counsel for Defendant*
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CAUSE NO. C 08-00248 PVT | |
| § | | |
| DAN PULCRANO and § | JOINT MOTION FOR | |
| BOULEVARDS NEW MEDIA, INC. § | AMENDMENT OF | |
| Defendants. § | CASE MANAGEMENT ORDER | |
| § | | |

COME NOW Plaintiff Johnathan Brant Finley and Defendants Dan Pulcrano and Boulevards New Media, Inc. and file their joint motion for amendment of case management order. Plaintiff and Defendants have attempted to schedule depositions and the mediation in this case. While Plaintiff and Defendants have scheduled mediation in this case the availability of counsel and witnesses has made it difficult to schedule depositions until late September/early October. As a result of these scheduling difficulties, Plaintiff and Defendants seek an amendment of the Case Management Order as follows:

| | | |
|---|---|---|
| a. | Opening Designation of Experts with Reports | 11/17/08 |
| b. | Designation of Rebuttal Experts with Reports | 12/03/08 |
| c. | Fact Discovery Cutoff | 12/03/08 |
| d. | Expert Discovery Cutoff | 01/09/09 |
| e. | Last Day for Dispositive Motion Hearing | 01/09/09 |

WHEREFORE, the parties respectfully request this amendment to the case management order.

AGREED:

DATED: 8/8/08

TAYLOR, DUNHAM AND BURGESS, L.L.P.

By: _____
MIGUEL S. RODRIGUEZ
Attorney for Plaintiff
JOHNATHAN BRANT FINLEY

DATED: 8/8/08

WILLOUGHBY, STUART & BENING, INC.

By: _____
  /s/ BRADLEY A. BENING
Attorney for Defendant
DAN PULCRANO

DATED: 8/8/08

LAW OFFICE OF CHRISTOPHER E. SCHUMB

By: _____
Christopher E. Schumb
Attorney for Defendant
BOULEVARDS NEW MEDIA, INC.

GARY R. GLEASON (SB# 136167)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

MIGUEL S. RODRIGUEZ (Texas SB# 24007938)
DONALD R. TAYLOR (Texas SB# 19688800)
TAYLOR, DUNHAM & BURGESS LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Tel: 512-473-2257; Fax: 512-478-4409
*Of Counsel for Plaintiff*
JOHNATHAN BRANT FINLEY

Bradley A. Bening (SB# 104221)
George W. Dowell (SB# 234759)
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Tel: 408-289-1972; Fax: 408-295-6375
*Counsel for Defendant*
DAN PULCRANO

Christopher E. Schumb (SB# 116828)
LAW OFFICE OF CHRISTOPHER E. SCHUMB
10 Almaden Blvd., Suite 1250
San Jose, California 95113
Tel: 408-271-3245; Fax: 408-289-1509
*Counsel for Defendant*
BOULEVARDS NEW MEDIA, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHNATHAN BRANT FINLEY<br>Plaintiff,<br><br>v.<br><br>DAN PULCRANO and<br>BOULEVARDS NEW MEDIA, INC.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. C 08-00248 PVT<br><br>FIRST AMENDED CASE<br>MANAGEMENT ORDER |

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 29, 2008.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Opening Designation of Experts with Reports | 11/17/08 |
| Designation of Rebuttal Experts with Reports | 12/03/08 |
| Fact Discovery Cutoff | 12/03/08 |
| Expert Discovery Cutoff | 01/09/09 |
| Last Day for Dispositive Motion Hearing[1] | 01/09/09 |
| Final Pretrial Conference | 2:00 p.m. on 1/20/09 |
| Jury Trial | 9:30 a.m. on 2/9/09 |

---

[1] This is the last date for hearing dispositive motions. Any such motion must be noticed in compliance with Civil Local Rule 7-2(a).

FIRST AMENDED CASE MANAGEMENT ORDER– Page 2

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is available from the clerk of the court, with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge