UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHNATHAN BRANT FINLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAN PULCRANO, et al.,<br><br>　　　　　Defendants. | Case No.: C 08-0248 PVT<br><br>**ORDER GRANTING IN PART PARTIES' JOINT MOTION FOR AMENDMENT OF CASE MANAGEMENT CONFERENCE ORDER** |

On August 13, 2008, the parties filed a Joint Motion for Amendment of Case Management Order. Based on the parties' Joint Motion,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/17/08

Opening Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/17/08

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12/03/08

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12/19/08

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 12/9/08

---

[1]　　This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

ORDER, *page 1*

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 1/20/09

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m on 2/9/09

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *8/14/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."