Christopher E. Schumb (SBN 110351)
LAW OFFICES OF CHRISTOPHER SCHUMB
10 Almaden Blvd., Suite 1250
San Jose, California 95113
Telephone (408) 271-3245
Facsimile (408) 289-1509

Attorney for Defendant
Boulevards New Media, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BRA.NT FINLEY.         ) No. C 08-00248 PVT | |
|                                 ) | |
|             Plaintiffs.         ) | |
|                                 ) | |
| vs.            ) PROOF OF SERVICE: ORDER STAYING | |
|                ) SUBPOENAS PENDING RESOLUTION | |
|                ) MOTION TO QUASH OR MODIFY | |
| DAN PULCRANO; BOULEVARDS NEW)   | |
| MEDIA, INC.             )       | |
|                                 ) | |
|             Defendants.         ) | |
|                                 ) | |
| _____)   | |

PROOF OF SEP.VICE

PROOF OF SERVICE

I, Patricia D. Castorena, hereby declare and state:

I am over the age of eighteen years, employed in the County of Santa Clara, California, and not a party to the within action. My business address is 10 Almaden Boulevard, Suite 1250, San Jose, CA 95113.

On September 2, 2008, I served the Order Staying Subpoenas Pending Resolution of Motion to Quash or Modify to:

| | |
|---|---|
| Daniel Myers<br>Bridge Bank, N.A.<br>55 Almaden Boulevard<br>San Jose, California 95113 | Fax:(408)995-6620 |
| American Leasing, LP<br>c/o Barry Dubin, Esq.<br>Cooper White & Cooper<br>201 California Street, 17th Floor<br>San Francisco, California 94111 | Fax: (415)433-5530 |
| Larry Carre<br>Diablo Capital<br>763 Park Hill Road<br>Danville, California 94526 | Fax: (925) 552-8062 |

[X]   (By Mail) I placed each such sealed envelope, with postage thereon fully prepaid for first-class for collection and mailing at San Jose, California. I am readily familiar with the practice of CHRISTOPHER E. SCHUMB for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Posta Service the same day as it is placed for processing.

[ ]   (By Personal Service) I caused each document to be delivered by hand to the addressee(s) noted above.

[X]   (By Facsimile) I caused the said document to be transmitted by Facsimile machine to the number indicated after the addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Jose, California.

*Date: September 2, 2008*            -MfUMI/J I'S^LMi.^

Patricia D. Cas