1806.10811

BRADLEY A. BENING, SBN 104221
GEORGE W. DOWELL, SBN 234759
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorney for Defendant, DAN PULCRANO and
DEFENDANT and COUNTER-CLAIMANT,
BOULEVARDS NEW MEDIA, INC.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN BRANT FINLEY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAN PULCRANO; BOULEVARDS NEW MEDIA, INC.,<br><br>　　　　Defendants. | No. C 08-00248 PVT<br><br>STIPULATION AND ORDER RE: DISMISSAL OF COMPLAINT AND COUNTER-CLAIM |
| BOULEVARDS NEW MEDIA, INC.,<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>JOHNATHAN BRANT FINLEY<br><br>　　　　Counter-Defendant | |

　　　WHEREAS, the parties to the above-caption complaint and counter-claim have reached settlement as to all matters before this court.

　　　IT IS HEREBY STIPULATED BY THE PARTIES,

　　　In accordance with FRCP Rule 41 (a)(1)(A)(ii), Plaintiff hereby dismisses his claims against Defendants, Dan Pulcrano and Boulevards New Media, Inc., with prejudice

1  In accordance with FRCP Rule 41 (c), Counter-Claimants hereby dismiss their claims
2  against Counter-Defendant, Johnathan Brant Finley, with prejudice.

4  DATED: 11/17/08

TAYLOR DUNHAM & BURGESS, LLP

By _____
MIGUEL S. RODRIGUEZ
Attorneys for Plaintiff and Counter-Defendant,
JOHNATHAN BRANT FINLEY

13  DATED:

WILLOUGHBY, STUART & BENING

By _____
BRADLEY A. BENING
Attorneys for Defendant, Dan Pulcrano and
Defendant and Counter-Claimant, Boulevards
New Media, Inc.

STIPULATION AND ORDER RE: DISMISSAL OF COMPLAINT AND COUNTER-CLAIM        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED that the Complaint and Counter-Claim shall be dismissed with prejudice with costs of court borne by the party that incurred them.

DATED:   11/18/08

PATRICIA V. TRUMBULL
United States Magistrate Judge